UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVEEN BARTHOLOMEW KAMLESHAN,<br><br>    Petitioner,<br><br>    vs.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; JULIO HERNANDEZ, Acting Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement,<br><br>    Respondents. | No. 2:26-cv-00908-TL<br><br>**(PROPOSED) ORDER FOR APPOINTMENT OF COUNSEL** |

THE COURT has considered Petitioner Alveen Bartholomew Kamleshan's motion for appointment of counsel.

IT IS ORDERED that Assistant Federal Public Defender Rebecca Fish is appointed to represent Petitioner.

DATED this _15th__ day of April 2026.

_____
UNITED STATES JUDGE

Presented by:

*s/ Rebecca C. Fish*
Assistant Federal Public Defender

ORDER FOR APPOINTMENT OF COUNSEL
(*Kamleshan v. Bondi, et al.*) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**